

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00343-CV

Richard **SPEIRS**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI17924
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On July 2, 2018, we ordered Appellant Richard Speirs to show cause why this court has jurisdiction in this appeal. Appellant filed a response, and Appellant's son sent a letter in support of his father.

Having reevaluated the record, we conclude that we have jurisdiction in this appeal. We do not determine whether Appellant's bill of review was timely filed; that question may be addressed with the merits of the appeal.

We reinstate the appellate timetable.

The clerk's record has been filed. The court reporter from the 2013 trial advised the court that the record from that proceeding is no longer available. Appellant's docketing statement does not indicate that a record was taken at the April 24, 2018 hearing. Therefore, the appellate record appears to be complete.

Appellant's brief is due within THIRTY DAYS of the date of this order. We caution Appellant that his brief must fully comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 9.4 (form), 38.1 (Appellant's brief).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court